UNITED STATES DISTRICT COURT                    **(ECF)**
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -:
SEAN DONNELLY and ROLANDO MARTINEZ,          :   09 Civ. 1248 (SHS) (JCF)
                                             :
                Plaintiffs,                  :   O R D E R
                                             :
        - against -                          :
                                             :
Z & Z NYC CORPORATION d/b/a ZORZI            :
RESTAURANT, and FRANCESCO ZENNARO,           :
                                             :
                Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

This case having been referred to me for general pretrial supervision, it is hereby ORDERED that an initial pretrial conference shall be held on December 4, 2009 at 10:00 a.m. in courtroom 18-D at 500 Pearl Street, New York, New York 10007. Counsel shall attend.

                        SO ORDERED.

                        _____
                        JAMES C. FRANCIS IV
                        UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        November 23, 2009

Copies mailed this date:

Michael D. Palmer, Esq.
Charles E. Joseph, Esq.
Joseph and Herzfeld LLP
757 Third Avenue, 25th Floor
New York, New York 10017

Patrick J. Boyd, Esq.
The Boyd Law Group, PLLC
230 Park Avenue, Suite 1000
New York, New York 10169

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/09